FILED

OCT 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: APPLE INC.; et al.<br><br>_____<br><br>APPLE INC.; et al.,<br><br>        Petitioners,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,<br><br>        Respondent,<br><br>NORFOLK COUNTY COUNCIL AS ADMINISTERING AUTHORITY OF THE NORFOLK PENSION FUND,<br><br>        Real Party in Interest. | No. 22-70220<br><br>D.C. No. 4:19-cv-02033-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: SILVERMAN, IKUTA, and MILLER, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Because the case upon which the district court relied is now pending before the Supreme Court, the district court may wish to reconsider its orders compelling production of documents after the Supreme Court issues a decision. *See In re Grand Jury*, 23 F.4th 1088 (9th Cir.

2021), *cert. granted*, 2022 WL 4651237 (U.S. Oct. 3, 2022) (No. 21-1397).

Accordingly, the petition for a writ of mandamus is denied. The denial is without prejudice to the filing of a new mandamus petition if future circumstances warrant.

**DENIED.**